

TYSON & MENDES LLP
MELISSA L. ALESSI, ESQ.
Nevada Bar No. 9493
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
2835 St. Rose Pkwy., Ste. 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
malessi@tysonmendes.com
pobriant@tysonmendes.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
*********

| | |
|---|---|
| JAVIER HERNANDEZ SANCHEZ, ARACELI LUGO MORALES, JOSHUE HERNANDEZ, and BLANCA BENITEZ,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS ALLEN BARNETT, ALPINE FOOD DISTRIBUTING, INC., AVANTI FLEET, LLC. DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>  Defendants. | CASE NO. 3:24-CV-00290-ART-CLB<br><br><u>**ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES ONLY<br>[THIRD REQUEST]**</u> |
| ALPINE FOOD DISTRIBUTING, INC. a foreign corporation,<br><br>  Cross-claimants,<br><br>v.<br><br>AVANTI FLEET, LLC. a limited-liability company and MOES I through V, inclusive,<br>  Cross-Defendants | |

It is hereby stipulated and agreed to by all appearing parties Plaintiffs Javier Hernandez Sanchez, Araceli Lugo Morales, Joshue Hernandez, and Blanca Benitez, by and through their attorneys of record, Karl H. Smith, Esq. of Coulter Harsh Law; Defendants/Cross-Claimants Thomas Allen Barnett and Alpine Food Distributing, Inc., by and through their attorneys of record, Melissa L. Alessi, Esq. of Tyson & Mendes LLP; and Defendant/Cross-Defendant Avanti Fleet, LLC, by and through its counsel of record, Alia A. Najjar, Esq. of Wolfe & Wyman LLP, pursuant to LR 26-3 and Fed. R. Civ. P. 6(b), that the expert disclosure deadlines be continued for a period of 60 days.

## I. DISCOVERY COMPLETED

a. Plaintiffs served their FRCP 26 Initial Disclosures on August 28, 2024.

b. Defendants/Cross-Claimants Thomas Allen Barnett and Alpine Food Distributing, Inc. served their FRCP 26 Initial Disclosures on September 19, 2024 and have made one supplement thereto.

c. Defendant/Cross-Defendant Avanti Fleet, LLC served its FRCP 26 Initial Disclosures on October 15, 2024 and has made one supplement thereto.

d. Defendants Thomas Allen Barnett has responded to the written discovery served by Plaintiffs.

e. Defendant Alpine Food Distributing, Inc. has responded to the written discovery served by Plaintiffs.

f. Defendant Avanti Fleet has responded to the written discovery served by Plaintiffs.

g. On January 13, 2025, Defendant Thomas Allen Barnett's deposition was taken.

    h. All Plaintiffs underwent an FRCP 35 Independent Medical Examination on May 16, 2025 performed by Dr. Daniel D. Lee, Defendant Avanti Fleet's medical expert.

    i. On June 20, 2025, Plaintiffs made their designation of expert witnesses that included a retained medical expert and several non-retained medical experts.

    j. Defendants Thomas Allen Barnett and Alpine Food Distributing, Inc.'s have been in the process of subpoenaing Plaintiffs' medical records.

    k. Defendant Avanti Fleet has also been in the process of subpoenaing Plaintiffs' medical records.

## II. DISCOVERY REMAINING

    a. Defendants need to make their initial expert disclosures.

    b. The inspection of the trailer involved in the subject accident is going forward on July 22, 2025.

    c. Depositions of Plaintiffs still need to go forward.

    d. Depositions of the FRCP 30(b)(6) designee(s) for Alpine Food and Avanti Fleet still needs to be taken.

    e. Depositions of any disclosed expert witnesses, as necessary.

    f. Additionally, on June 13, 2025 Defendant/Cross-Defendant Avanti Fleet filed its Third Party Complaint against Love's Country Stores, Inc., Schwab Tire Centers of Portland, LLC; and Love's Travel Stops & Country Stores, Inc.; therefore, the parties will need to conduct discovery, as necessary, concerning these new parties.

1  g. As discovery is still open, the parties reserve their rights to conduct
2  additional discovery in accordance with the Federal Rules of Civil
3  Procedure.

### III. REASONS FOR THE CONTINUANCE

The parties are seeking an extension of the expert disclosure deadlines as to the failure of the trailer involved in this accident including engineers, accident reconstructionists, and/or failure analysis only. The purpose for this limited request is due to the trailer being located in Oregon and scheduling Defendant Avanti Fleet's expert and Defendants Barnett and Alpine Food's expert to travel to Oregon to inspect the trailer. The parties have found an agreeable date to conduct the inspection of the trailer on July 22, 2025. As such, the parties are looking for a 60-day extension from the current deadline in order for the parties' experts to inspect the trailer and complete their reports.

Additionally, the newly named third-party defendants are still in the process of being served and will likely want to participate in expert discovery.

The good cause reason for this extension is that Defendants just confirmed the date for the trailer inspection and did not want to request an extension until the inspection was scheduled.

///
///
///
///
///
///

1  IV.  PROPOSED SCHEDULE

2  

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Initial expert witness disclosure deadline | 6/24/2025 | **August 22, 2025** |
| Rebuttal expert witness disclosure deadline | 7/24/2025 | **September 22, 2025** |

6  Dated this 24th day of June, 2025.                    Dated this 24th day of June, 2025.

7  TYSON & MENDES LLP                                    WOLFE & WYMAN LLP

9  _____                        /s/ Alia A. Najjar
   Melissa L. Alessi, Esq.                               _____
   NV Bar No. 9493                                       Alia A. Najjar, Esq.
   2835 St. Rose Pkwy., Ste. 140                         Nevada Bar No. 12328
   Henderson, NV 89052                                   6757 Spencer Street
   Attorneys for Defendants/Cross-                       Las Vegas, NV 89119
   Claimants Thomas Allen                                Attorneys for Defendant/Cross-
   Barnett and Alpine Food                               Defendant Avanti Fleet, LLC
   Distributing, Inc.

15  Dated this 24th day of June, 2025.

16  COULTER HARSH LAW

18  /s/ Karl Smith
    _____
    Karl Smith, Esq.
    Nevada Bar No. 6504
    403 Hill Street
    Reno, Nevada 89501
    Attorney for Plaintiffs

22  ///

23  ///

24  ///

# ORDER

Based upon the above stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that the last day to make initial expert witness disclosures shall be on or before **August 22, 2025;** and

IT IS FURTHER ORDERED that the last day to make rebuttal expert witness disclosures shall be on or before **September 22, 2025.**

IT IS SO ORDERED.

Dated this __25th__ day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

