TYSON & MENDES LLP
MELISSA L. ALESSI, ESQ.
Nevada Bar No. 9493
GRIFFITH HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Ste. 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
malessi@tysonmendes.com
gahyes@tysonmendes.com
Attorneys for Defendant



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
**\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| JAVIER HERNANDEZ SANCHEZ, ARACELI LUGO MORALES, JOSHUE HERNANDEZ, and BLANCA BENITEZ, | CASE NO. 3:24-CV-00290-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND LIMITED DISCOVERY** |
| v. | [ECF No. 46] |
| THOMAS ALLEN BARNETT, ALPINE FOOD DISTRIBUTING, INC., AVANTI FLEET, LLC. DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |
| ALPINE FOOD DISTRIBUTING, INC. a foreign corporation, | |
| Cross-claimants, | |
| v. | |
| AVANTI FLEET, LLC. a limited-liability company and MOES I through V, inclusive, | |
| Cross-Defendants | |

AVANTI FLEET, LLC, a foreign limited-liability company,

Third-Party Plaintiff

v.

LOVE'S COUNTRY STORES, INC., a foreign corporation; LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., a foreign corporation; LES SCHWAB TIRE CENTERS OF PORTLAND, LLC, a foreign limited-liability corporation; and DOE Individuals I through X; and ROE ENTITIES I through X, inclusive,

Third-Party Defendants.

It is hereby stipulated and agreed to by all appearing parties Plaintiffs Javier Hernandez Sanchez, Araceli Lugo Morales, Joshue Hernandez, and Blanca Benitez, by and through their attorneys of record, Karl H. Smith, Esq. of Coulter Harsh Law; Defendants/Cross-Claimants Thomas Allen Barnett and Alpine Food Distributing, Inc., by and through their attorneys of record, Melissa L. Alessi, Esq. of Tyson & Mendes LLP; Defendant/Cross-Defendant/Third-Party Plaintiff Avanti Fleet, LLC, by and through its counsel of record, Alia A. Najjar, Esq. of Wolfe & Wyman LLP; and Third-Party Defendants Love's Country Stores, Inc. and Love's Travel Stops & Country Stores, Inc., by and through their attorneys of record, Carissa Yuhas, Esq. of Resnick & Louis, P.C., pursuant to LR 26-3 and Fed. R. Civ. P. 6(b), that the deposition of Alpine Food Distributing, Inc. and for Alpine Food Distributing, Inc. to respond to Avanti Fleet, LLC's interrogatories and requests for production of documents until May 31, 2026.

///

## I.    DISCOVERY COMPLETED

a. Plaintiffs served their FRCP 26 Initial Disclosures on August 28, 2024.

b. Defendants/Cross-Claimants Thomas Allen Barnett and Alpine Food Distributing, Inc. served their FRCP 26 Initial Disclosures on September 19, 2024 and have made one supplement thereto.

c. Defendant/Cross-Defendant Avanti Fleet, LLC served its FRCP 26 Initial Disclosures on October 15, 2024 and has made one supplement thereto.

d. Defendants Thomas Allen Barnett has responded to the written discovery served by Plaintiffs.

e. Defendant Alpine Food Distributing, Inc. has responded to the written discovery served by Plaintiffs.

f. Defendant Avanti Fleet has responded to the written discovery served by Plaintiffs.

g. On January 13, 2025, Defendant Thomas Allen Barnett's deposition was taken.

h. All Plaintiffs underwent an FRCP 35 Independent Medical Examination on May 16, 2025 performed by Dr. Daniel D. Lee, Defendant Avanti Fleet's medical expert.

i. On June 20, 2025, Plaintiffs made their designation of expert witnesses that included a retained medical expert and several non-retained medical experts.

j. Defendants Thomas Allen Barnett and Alpine Food Distributing, Inc.'s have been in the process of subpoenaing Plaintiffs' medical records.

TYSON & MENDES
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89012

k. Defendant Avanti Fleet has also been in the process of subpoenaing Plaintiffs' medical records.

l. All parties have made initial expert disclosures.

m. The inspection of the trailer involved in the subject accident took place on July 22, 2025.

n. All Plaintiffs were deposed.

o. The deposition of Love's Country FRCP 30(b)(6) designee was deposed.

p. Love's Country Stores, Inc., Schwab Tire Centers of Portland, LLC; and Love's Travel Stops & Country Stores responded to Avanti Fleet's written discovery.

## II.    DISCOVERY REMAINING

a. The deposition of Alpine Food Distributing, Inc. FRCP 30(b)(6) designees needs to take place. The parties telephonically met and agreed that Alpine Food designee Debbie Turrentine would take place on May 4, 2026 and designee Brian Granberg would take place on May 7, 2026 once the Court reopened discovery for this limited purpose.

b. Alpine Food Distributing, Inc. needs to respond to Avanti Fleet, LLC's interrogatories and requests for production of documents.

## III.    REASONS FOR THE CONTINUANCE

The reason for this extension is that Alpine Food Distributing Inc. was not responding to its counsel's requests for responses to the Avanti Fleet's interrogatories and requests for production of documents. Alpine Food is now in regular contact with its counsel and will be providing the responses to the written discovery by April 30, 2026. Therefore, the parties have agreed to reopen discovery

2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89012

for the limited purpose of allowing the deposition of Alpine Food Distributing, Inc. to go forward on May 4th and May 7th and for Alpine Food Distributing, Inc. to respond to Avanti Fleet, LLC's interrogatories and requests for production of documents.

Additionally, the parties are participating in a private mediation with Charlie Burcham on June 8, 2026.

The good cause reason for this extension is that Alpine Food Distributing, Inc. recently responded to its counsel and Alpine Food's counsel did not want to request an extension until having regular contact with its client.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## IV. PROPOSED SCHEDULE

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Deposition of Alpine Food Distributing, Inc. | CLOSED | **May 31, 2026** |
| Alpine Food Distributing, Inc. to respond to Avanti Fleet, LLC's interrogatories and requests for production of documents | CLOSED | **May 31, 2026** |

Dated this 30th day of April, 2026.

TYSON & MENDES LLP


_____

Melissa L. Alessi, Esq.
NV Bar No. 9493
2835 St. Rose Pkwy., Ste. 140
Henderson, NV 89052
Attorneys for Defendants/Cross-Claimants Allen Thomas Barnett and Alpine Food Distributing, Inc.


Dated this 30th day of April, 2026.

COULTER HARSH LAW


/s/ Karl Smith
Karl Smith, Esq.
Nevada Bar No. 6504
403 Hill Street
Reno, Nevada 89501
Attorney for Plaintiffs

Dated this 30th day of April, 2026.

WOLFE & WYMAN LLP


/s/ Alia A. Najjar
Alia A. Najjar, Esq.
Nevada Bar No. 12328
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Defendant/Cross-Defendant Avanti Fleet, LLC


Dated this 30th day of April, 2026.

RESNICK & LOUIS, P.C.


/s/ Carissa Yuhas
Carissa Yuhas, Esq.
Nevada Bar No. 14692
8945 W. Russell Rd., Ste. 330
Las Vegas, NV 89148
Attorneys for Third-Party Defendants Love's Country Stores, Inc. and Love's Travel Stops & Country Stores, Inc.

TYSON & MENDES

2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89012



## ORDER

Based upon the above stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that the last day to deposition of Alpine Food Distributing, Inc. shall be on or before **May 31, 2026;** and

**IT IS FURTHER ORDERED** that the last day for Alpine Food Distributing, Inc. to respond to Avanti Fleet, LLC's interrogatories and requests for production of documents shall be on or before **May 31, 2026.**

**IT IS FURTHER ORDERED** that the dispositive motion deadline and the joint pre-trial order deadline, which the stipulation did not ask to extend, remain unchanged. Dispositive motions remain due on May 11, 2026, and the joint pre-trial order remains due on June 10, 2026, or 30 days after an order resolving the dispositive motion(s) is entered.

**IT IS SO ORDERED.**

**DATED:** May 1, 2026

_____
UNITED STATES MAGISTRATE JUDGE